Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**E-filed 11/21/05**

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 E. Washington Street, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

JENNIFER JACHETTA, an individual, on behalf of herself and all others similarly situated,

         Plaintiff,

         v.

NCO FINANCIAL SYSTEMS, INC., et al,

         Defendant.

) Case No. C 05-01445-JF
) STIPULATION TO ENE and [~~PROPOSED~~] ORDER

The parties hereby stipulate to ENE as a form of ADR.

| 11/18/2005 | /s/ Ronald Wilcox_____ |
|---|---|
| Date | Ronald Wilcox, counsel for plaintiffs |

| 11/18/2005 | /s/ Ben Emmert_____ |
|---|---|
| Date | Ben Emmert, counsel for defendant |

**IT IS SO ORDERED.**

| 11/21/05 | Jeremy FOgel /s/electronic signature authorized |
|---|---|
| Date | U.S. ~~MAGISTRATE~~ JUDGE |
|  | DISTRICT |