Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**E-filed 12/8/05**

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 E. Washington Street, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

**ATTORNEYS FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| JENNIFER JACHETTA, an individual, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. C 05-01445-JF ) |
| NCO FINANCIAL SYSTEMS, INC., et al, | ) JOINT CASE MANAGEMENT CONFERENCE ) STATEMENT, REQUEST TO CONTINUE ) 12/9/05 CMC to 3/10/06 and [~~PROPOSED~~] ) ORDER |
| Defendant**.** | ) ) |

The parties have stipulated to Early Neutral Evaluation as an ADR process.

Furthermore, the parties have agreed to:

1. Exchange initial disclosures by December 9, 2005

2. Follow the discovery limits in the FRCP

3. Plaintiff may depose defendant's FRCP 30(b)(6) in Northern California, as they will be present here for the ADR session.

1      Thus, the parties respectfully request the Court continue the December 9, 2005 CMC to

2  March 10, 2006.

3

4

5  Date: 11/29/05

6  /s/Ronald Wilcox
   Counsel for plaintiff

7

8  Date:

9  _____
   Ben Emmert

10 Counsel for defendant

11

12                              **ORDER**

13

14 **IT IS SO ORDERED.**

15

16   12/8/05                /s/electronic signature authorized

17  Date                    HON. JEREMY FOGEL, U.S. DISTRICT JUDGE

18

19

20

21

22

23

24