1 Benjamin A. Emmert, Esq. (SBN 212157)
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
2 152 No. Third Street, Suite 700
San Jose, CA 95112
3 (408) 286-0880/Fax:(408) 286-0337

4 Debbie P. Kirkpatrick, Esq. (SBN 207112)
3667 Voltaire Street
5 San Diego, California 92106
(619)222-3362/Fax: (619)222-3667
6
David Israel, Esq. (La Bar No. 7174)
7 SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 North Causeway Boulevard
8 Lakeway Two, Suite 1240
Metairie, LA 70002-1752
9 (504)828-3700/Fax: (504)828-3737

10 Attorneys for NCO Financial Systems, Inc.

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14 JENNIFER JACHETTA, on behalf of herself ) CASE NO.: 05-CV-01445-JF
and all others similarly situated, )
15 ) STIPULATION TO EXTEND TIME TO
Plaintiff, ) COMPLETE ENE AND [PROPOSED]
16 ) ORDER
v. )
17 )
NCO FINANCIAL SYSTEMS, INC., et al., )
18 )
Defendants. )
19 _____ )

20
/// 
21
/// 
22
/// 
23
/// 
24
/// 
25
/// 
26
/// 
27
/// 
28

1

STIPULATION TO EXTEND TIME TO COMPLETE ENE
AND [PROPOSED] ORDER

1    The parties, through undersigned counsel, hereby stipulate to extend the deadline for

2 completion of the Early Neutral Evaluation through April 18, 2006.

3

4    Dated: 2/27/06                          /s/Ronald Wilcox_____
                                             Ronald Wilcox
5                                            Attorney for Plaintiff
                                             Jennifer Jachetta
6

7    Dated: February 24, 2006               /s/Debbie P. Kirkpatrick_____
                                             Debbie P. Kirkpatrick
8                                            Attorney for Defendant
                                             NCO Financial Systems, Inc.
9

10

11          IT IS SO ORDERED.

12   Dated:   3/1/06

13                                           _____
                                             Hon. Jeremy Fogel
14                                           U.S. District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27   Jachetta v. NCO Financial Systems
     Case No. C 05-01445-JF
28
                                             2
                        STIPULATION TO EXTEND TIME TO COMPLETE ENE
                                  AND [PROPOSED] ORDER