Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 E. Washington Street, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

**\*\*E-filed 5/4/06\*\***

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER JACHETTA, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>NCO FINANCIAL SYSTEMS, INC., et al,<br>            Defendant. | )<br>)<br>)<br>)<br>) Case No. C 05-01445-JF<br>)<br>) ORDER OF DISMISSAL WITH<br>) PREJUDICE<br>)<br>) |

On this day the Court considered Plaintiff's Agreed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice as to Plaintiff and without prejudice as to the rights of the putative class members. All relief not expressly granted in this order is denied.

Signed this ___2nd___ day of ___May___, 2006.

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL